214 P.3d 1167

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Canales v. Artiga.................................... 28908     07/31/2009    Vacated &
                                                                            remanded